UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL BRANDS, LLC, ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | CIVIL ACTION NO.  3:11-CV-30225-KPN |
| ) | |
| GVD INTERNATIONAL TRADING, SA, ) | |
| ) | |
| *Defendant* ) | |

## NOTICE OF LIMITED APPEARANCE

I hereby make a special appearance on behalf of the defendant, GVD International Trading, SA, for the limited purpose of challenging the sufficiency of service of process.

/s/ William T. Harrington
William T. Harrington
171 Milk Street, 2nd Floor
Boston, MA 02109
(617) 426-7400
wharringtonlaw@gmail.com
BBO No 564445

Dated:  November 4, 2011

CERTIFICATE OF SERVICE

I hereby certify that, on November 4, 2011, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 4, 2011.

/s/ William T. Harrington